IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:10cr56/LAC

BARRY CHATFIELD JOHNSTON,
    Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the defendant, BARRY CHATFIELD JOHNSTON, the indictment returned against him is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 21st day of January, 2011.

                            s/*L.A. Collier*
                            **LACEY A. COLLIER**
                            **SENIOR UNITED STATES DISTRICT JUDGE**